1    DAVID W. TYRA, State Bar No. 116218
     MEREDITH H. PACKER, State Bar No. 253701
2    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
     A Law Corporation
3    400 Capitol Mall, 27th Floor
     Sacramento, California  95814
4    Telephone:     (916) 321-4500
     Facsimile:      (916) 321-4555
5    Email:  dtyra@kmtg.com

6    Attorneys for Defendants
     CALIFORNIA STATE UNIVERSITY and EMIR JOSE
7    MACARI

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11
     CICI MATTIUZZI,                          CASE NO.  2:11-CV-01345-WBS-JFM
12
                        Plaintiff,            **ORDER TO CONTINUE STATUS**
13                                            **(PRETRIAL SCHEDULING)**
             v.                               **CONFERENCE**
14
     BOARD OF TRUSTEES of the
15   CALIFORNIA STATE UNIVERSITY and
     EMIR JOSE MACARI,
16
                        Defendants.
17

18

19                              ORDER

20           Pursuant to stipulation of the parties, the status (pretrial scheduling) conference in this

21   matter is hereby continued to October 31, 2011 at 2:00 P.M.

22

23

24   DATED:  JULY 21, 2011

25

26                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
27

28

Kronick, Moskovitz,
Tiedemann & Girard
Attorneys At Law
Sacramento

975479.1                                                          2:11-CV-01345-WBS-JFM

                     [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kronick, Moskovitz,
Tiedemann & Girard
Attorneys At Law
Sacramento

975479.1

- 1 -

2:11-CV-01345-WBS-JFM

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE