DAVID W. TYRA, State Bar No. 116218
MEREDITH PACKER GAREY, State Bar No. 253701
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation
400 Capitol Mall, 27th Floor
Sacramento, California  95814
Telephone:    (916) 321-4500
Facsimile:    (916) 321-4555
Email:  dtyra@kmtg.com

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY and EMIR JOSE MACARI

SUSAN J. SHERIDAN, State Bar No. 108851
HEATHER R. MESSENGER, State Bar No. 240442
SHERIDAN LAW CORPORATION
655 University Avenue, Suite 110
Sacramento, California  95825
Telephone:    (916) 488-5388
Facsimile:    (916) 488-5387
Email:  ssheridan@sheridanlawcorp.com

Attorneys for Plaintiff
CICI MATTIUZZI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CICI MATTIUZZI, | CASE NO.  2:11-CV-01345-WBS-JFM |
| Plaintiff, | **ORDER DISMISSING DEFENDANT EMIR JOSE MACARI** |
| v. | |
| BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY and EMIR JOSE MACARI, | Trial Date:  Vacated |
| Defendants. | |

The Court, pursuant to all parties' stipulation under Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), orders Defendant Emir Jose Macari dismissed, without prejudice, from the above-entitled action.

IT IS SO ORDERED.

Date:  February 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE